Exhibit A

# An Analysis of Surveys Regarding Absentee Ballots Across Several States

William M. Briggs

December 15, 2020

## 1 Summary

Survey data was collected from individuals in several states, sampling those who the states listed as not returning absentee ballots. The data was provided by Matt Braynard.

The survey asked respondents whether they (a) had ever requested an absentee ballot, and, if so, (b) whether they had in fact returned this ballot. From this sample I produce predictions of the total numbers of: **Error #1**, those who had been recorded as receiving absentee ballots *without* requesting them; and **Error #2**, those who returned absentee ballots but whose votes went missing (i.e. marked as unreturned).

The sizes of both errors were large in each state. The states were Georgia, Michigan, Wisconsin, and Arizona where ballots were across parties. Pennsylvania data was for Republicans only.

## 2 Analysis Description

Each analysis was carried out separately for each state. The analysis used (a) the number of absentee ballots recorded as unreturned, (b) the total responding to the survey, (c) the total of those saying they did not request a ballot, (d) the total of those saying they did request a ballot, and of these (e) the number saying they returned their ballots. I assume survey respondents are representative and the data is accurate.

From these data a simple parameter-free predictive model was used to calculate the probability of all possible outcomes. Pictures of these probabilities were derived, and the 95% prediction interval of the relevant numbers was calculated. The pictures appear in the Appendix at the end. They are summarized here with their 95% prediction intervals.

**Error #1**: being recorded as sent an absentee ballot without requesting one.

**Error #2**: sending back an absentee ballot and having it recorded as not returned.

| State | Unreturned ballots | Error #1 | Error #2 |
|---|---|---|---|
| Georgia | 138,029 | 16,938 − (19,731) − 22,771 | 31,559 − (35,127) − 38,866 |
| Michigan | 139,190 | 29,611 − (32,984) − 36,529 | 27,928 − (31,229) − 34,710 |
| Pennsylvania* | 165,412 | 32,414 − (34,883) − 37,444 | 26,954 − (29,248) − 31,643 |
| Wisconsin | 96,771 | 16,316 − (17,759) − 19,273 | 13,991 − (15,336) − 16,757 |
| Arizona | 518,560 | 208,333 − (219,087) − 229,937 | 78,714 − (86,638) − 94,975 |

*Number for Pennsylvania represent Republican ballots only.

Ballots that were not requested, and ballots returned and marked as not returned were classed as *troublesome*. The estimated average number of troublesome ballots for each state were then calculated using the table above and are presented next.

| State | Unreturned ballots | Estimated average troublesome ballots | Percent |
|---|---|---|---|
| Georgia | 138,029 | 53,489 | 39% |
| Michigan | 139,190 | 62,517 | 45% |
| Pennsylvania* | 165,412 | 61,780 | 37% |
| Wisconsin | 96,771 | 29,594 | 31% |
| Arizona | 518,560 | 303,305 | 58% |

*Number for Pennsylvania represent Republican ballots only.

## 3 Conclusion

There are clearly a large number of troublesome ballots in each state investigated. Ballots marked as not returned that were never requested are clearly an error of some kind. The error is not small as a percent of the total recorded unreturned ballots.

Ballots sent back and unrecorded is a separate error. These represent votes that have gone missing, a serious mistake. The number of these missing ballots is also large in each state.

Survey respondents were not asked if they received an unrequested ballot whether they sent these ballots back. This is clearly a lively possibility, and represents a third possible source of error, including the potential of voting twice (once by absentee and once at the polls). No estimates or likelihood can be calculated for this potential error due to absence of data.

# 4  Declaration of William M. Briggs, PhD

1. My name is William M. Briggs. I am over 18 years of age and am competent to testify in this action. All of the facts stated herein are true and based on my personal knowledge.
2. I received a Ph.D of Statistics from Cornell University in 2004.
3. I am currently a statistical consultant. I make this declaration in my personal capacity.
4. I have analyzed data regarding responses to questions relating to mail ballot requests, returns and related issues.
5. I attest to a reasonable degree of professional certainty that the resulting analysis are accurate.

I declare under the penalty of perjury that the foregoing is true and correct.

[signature: William M. Briggs]

William M. Briggs

23 November 2020

# 5  Appendix

The probability pictures for each state for each outcome as mentioned above.



Probability of numbers of un-requested absentee ballots listed as not returned for Georgia

There is a 95 % chance from between 16938 and 22771 absentee ballots were requested but marked as not returned



Probability of numbers of absentee ballots returned but listed as not returned for Georgia

There is a 95 % chance from between 31559 and 38866 absentee ballots were returned but marked as not returned



Probability of numbers of un-requested absentee ballots listed as not returned for Michigan

There is a 95 % chance from between 29611 and 36529 absentee ballots were not requested but marked as not returned

Probability of absentee ballots returned but listed as not returned for Michigan

There is a 95 % chance from between 27928 and 34710 absentee ballots were returned but marked as not returned

Probability of numbers of un-requested absentee ballots listed as not returned for Pennsylvania

There is a 95 % chance from between 32414 and 37444 absentee ballots were not requested but marked as not returned

Probability of numbers of absentee ballots returned but listed as not returned for Pennsylvania

There is a 95 % chance from between 26954 and 31643 absentee ballots were returned but marked as not returned

3



Probability of numbers of un-requested absentee ballots listed as not returned for Wisconsin

There is a 95 % chance from between 16316 and 19273 absentee ballots were not requested but marked as not returned

Probability of absentee ballots returned but listed as not returned for Wisconsin

There is a 95 % chance from between 13991 and 16757 absentee ballots were returned but marked as not returned

Probability of numbers of un-requested absentee ballots listed as not returned for Arizona

There is a 95 % chance from between 208333 and 229937 absentee ballots were not requested but marked as not returned

Probability of numbers of absentee ballots returned but listed as not returned for Arizona

There is a 95 % chance from between 78714 and 94975 absentee ballots were returned but marked as not returned

Ballots Listed as Not Returned

4

# Response to Stephen Ansolabehere's Comments Regarding Absentee Ballots in Arizona

William M. Briggs

December 5, 2020

## 1   Summary

The criticisms made by Stephen Ansolabehere in response to my original report on absentee ballots are not relevant, make simple errors in logic, and even, in part, work against him to show my original argument could be made even stronger.

Ansolabehere repeatedly charges that because I was brief in saying "I assume survey respondents are representative and the data is accurate" that therefore the respondents were not representative and the data not accurate. This is a silly error and a wholly unwarranted conclusion. Not only was this data entirely typical of phone surveys, and therefore the data having all the usual strengths and weaknesses of the genre, it was extraordinary in that it calls with respondents were recorded. The designers of the survey evidently knew its quality would be attacked—and were prepared for it.

There were no fatal errors in the survey data or calculations, as the well-paid Ansolabehere falsely claims. (*Five hundred fifty* American dollars per hour for the many hours he spent on his comments? My work is entirely pro bono). Instead, I took pains to put forward the most conservative case, interpreting the data in a way that actually reduced the number of troublesome ballots.

Although Ansolabehere made many mistakes, I thank him for the opportunity of allowing me to make a point I neglected to emphasize in my original presentation. This is the striking unity of results across several battleground states, including Arizona. The data shows either an amazing coincidence in accumulated troublesome ballots in just those places they were needed most for Biden, or the data shows something more interesting happened.

What follows are answers to specific criticisms.

## 2   Rebuttal

Ansolabehere pads his account with many extraneous words and arguments. I will be much briefer, while also answering every substantial criticism he made.

### 2.1   Error Definition

My original definition of errors were this:

**Error #1**: being recorded as sent an absentee ballot without requesting one. This is still an error even if ballots were sent to all voters without request, because of the very real chance of double-voting (in person and by mail).

**Error #2**: sending back an absentee ballot and having it recorded as not returned.

These followed directly from the survey design. The survey began by asking these specific questions "Q1 - Hello, this is [yourname] with the Voter Integrity Fund. May I please speak to [TARGET]?" If the person was available, they were asked "Q2 - [Target Name] in the state of [STATE] is marked as having received an absentee ballot request from you but did not receive your absentee ballot. Did you request an absentee ballot?"

Finally, if they said yes to that, respondents were asked "Q3 - Did you mail back that ballot?"

Ansolabehere finds ambiguity in these three simple questions via a wonderful display of specious argument, one he repeats in many places. He basically says that because the questions *could* have been misinterpreted in the various ways he suggests, they therefore *were* misinterpreted by a sufficient number of respondents, thus rendering the survey useless.

My answer is that this is a dumb argument. He has no evidence misinterpretations were made in the way he suggests. He could have spent the same amount of (expensive) time and came up with reasons why the survey was *not* misinterpreted.

For instance, the election was in the news and people were riled. They therefore welcomed the chance to set the record straight, and to ensure their legal ballots were counted. They were thus even more honest than they normally would be with telephone pollsters.

Of course, I have no evidence this, or other similar stories, are true. Just as Ansolabehere has no evidence his charges are true. All we can do, then, is to treat this survey like we treat all surveys: analyze the data as it is presented.

## 2.2   Ambiguous Wording

I will give one specific example of Ansolabehere trying to discover ambiguity. They are all much the same. He says (in point 7):

The wording of Question 3 also is very problematic. First, the survey does not ascertain whether a ballot was in fact received. According to figures from the U.S. Election Assistance Commission, there were 102,896 undeliverable absentee ballots. Neither Question 2 nor Question 3 screens out people who did not receive a ballot. Second, Question 3 does not ascertain whether the ballot was mailed back in a timely manner so as to be included in the record of ballots cast. Third, Question 3 asks whether someone voted. As is well known among political scientists and survey researchers, survey questions asking whether someone voted are subject to substantial social desirability biases that lead to inflation in the estimated number of voters.

Earlier, Ansolabehere says that just about every voter was sent automatically an absentee ballot, and here he says it's possibly they didn't. This is not consistent. And again, Ansolabehere uses the possibility of a thing existed. There no evidence, not one bit, that ballots were sent back late. Indeed, as all news reports indicate, certain late ballots were warmly accepted.

His second point is the same: because people lie on surveys, therefore they lied here in sufficient number. Would Ansolabehere apply this same reasoning to his own words? It is clearly nonsense. If accepted, his argument would toss out *all* surveys about voting.

## 2.3   Response Rate

Ansolabehere charges "the survey has extremely low response rates." He must know that the response rate here was not atypical. That is, it was low like many telephone polls are. But how does not imply too low. He must know this. Further, the mathematical extrapolations I made accounted for the size of the data.

Perhaps because Ansolabehere is a specialist in government, he does not know that when samples are low the confidence we have in extrapolations is wider. I will give one example, using Arizona, though this works for data from any state.

The original estimates of Error #2 for Arizona were that between 78,714–94,975 ballots were sent back but recorded as not returned, a "plus or minus" window of 16,261 votes. If we suppose we had *double* the response rate on the survey, in the same proportions as the original, then the Error #2 estimate becomes 81,739–93,214, a window of 11,475 votes. The 95% prediction interval shrinks, as expected, as we become more confident.

It does not shrink by much, of course, showing the analysis method is robust. If instead we allow a full ten times the original response rate, the plus-or-minus window shrinks to 5,046 votes.

Response rate is not a problem, and has been fully accounted for.

## 2.4   Top line Number Interpretations

Ansolabehere produces a lot of quibbles about the survey numbers, and uses the possibility of different interpretations of the numbers to say my entire analysis can't be trusted.

It is true that differences can exist in interpreting the top line numbers. I was aware of this when I did the analysis, which is why I everywhere used conservative interpretations. If I instead use one of the interpretations Ansolabehere suggests, the case about troublesome votes is made is even stronger.

I will use Arizona again as an example, though this applies to all states.

Again, the first question asked to speak to the relevant person. In Arizona, 1,872 were recorded as "Reached target", and an additional 335 were recorded as "What is this about?"/Uncertain [Go to Q2]." I summed these two numbers to reach a total of 2,147.

One quibble is that the 335 who were uncertain should not be used in the total. If not, the sample size is, of course, reduced to 1,872. Yet we still have 906 who said "No" when asked if they received an absentee ballot. The ratio 906/1872 is larger than 906/1872, meaning it will look like even more errors were made (of type Error #1).

Another way to interpret the top lines is to use all people who got to the point of Question 1. Ansolabehere disingenuously prefers this because it makes his case appear stronger.

The original estimate of Error #1 (being recorded as sent an absentee ballot without requesting one) for Arizona was the window of 208,333-229,937. If we reduce the sample to 1,872 by excluding the disputed 335, the new estimate is 239,518-262,932. It goes up in just the way we expect it to. This proves using the full 1,872 is the conservative choice.

Besides the two options to Question 1 already mentioned (reached target, uncertain), there were also "Refused" and "Hangup". I treated these as non-responses, which is the usual interpretation. A person who hangs up without responding is the same as the person who never answers, as far as the answering the question goes.

In the spirit of generosity, though, let's use all 4,524 who reached Question 1 (instead of the original 2,147), including the hangups and refusals. The window for Error #1 becomes 98,2018-110,240. The window shrinks, as Ansolabehere desires. *But not by enough.* This is still a large and troublesome window. The same is true for each state investigated.

Even stronger, the window for Error #2, the more significant error, *does not change.* This is because the calculations for this window are conditional only on those who answered Question 2 and 3.

Lastly, Ansolabehere disputes whether the answers spouses or other household members gave should be allowed. I used them in the totals. Ansolabehere would exclude them. This is really a nitpicking point because the total of these answers were small.

Here is proof. Again, the original window for Error#2 in Arizona was 78,714-94,975. This was conditional on the 335 respondents or their spouses or household members who said they mailed a ballot back. If we remove the 17 spouses or household members, the window becomes 76,176-92,232. It shrinks a bit. But again, *not by enough.*

All comments made here hold for all states.

## 3   Conclusion

The doubts cast on my original analysis by Ansolabehere either fail simple tests of logic, or are so small as to make no practical difference in the conclusion.

All his logical errors can be dismissed. Suggesting, as he often does, that mistakes *can* be made or that ambiguity *might* exist in the survey, is not proof that either *does* exist. I could have spent an equal amount of (unremunerated in my case) time suggesting ways the survey was better than most political polls. For instance, people are aware no more than ever of the importance of this election and they took greater care with their answers. I did not do this in the original report because I, unlike Ansolabehere, know the true value of such speculations.

3

The various numerical quibbles Ansolabehere has with the survey numbers either strengthen my case, or they are so small as to make no practical difference. Even with his own difficult-to-justify assumptions, the analysis reveals there still exist very large numbers of troublesome ballots in each battleground state. There are enough suspicious ballots left, even using his numbers, that could have changed the outcome of the election.

Finally, I reemphasize the remarkable coincidence that the amount of troublesome ballots was important to the election outcome in each state.

# 4    Declaration of William M. Briggs, PhD

1. My name is William M. Briggs. I am over 18 years of age and am competent to testify in this action. All of the facts stated herein are true and based on my personal knowledge.

2. I received a Ph.D of Statistics from Cornell University in 2004.

3. I am currently a statistical consultant. I make this declaration in my personal capacity.

4. I have analyzed data regarding responses to questions relating to mail ballot requests, returns and related issues.

5. I attest to a reasonable degree of professional certainty that the resulting analysis are accurate.

I declare under the penalty of perjury that the foregoing is true and correct.

William M. Briggs

5 December 2020

4

# An Analysis of Surveys Regarding Absentee Ballots Across Several States

William M. Briggs

November 23, 2020

## 1   Summary

Survey data was collected from individuals in several states, sampling those who the states listed as not returning absentee ballots. The data was provided by Matt Braynard.

The survey asked respondents whether they (a) had ever requested an absentee ballot, and, if so, (b) whether they had in fact returned this ballot. From this sample I produce predictions of the total numbers of: **Error #1**, those who were recorded as receiving absentee ballots *without requesting* them; and **Error #2**, those who returned absentee ballots but whose votes went missing (i.e. marked as unreturned).

The sizes of both errors were large in each state. The states were Georgia, Michigan, Wisconsin, and Arizona where ballots were across parties. Pennsylvania data was for Republicans only.

## 2   Analysis Description

Each analysis was carried out separately for each state. The analysis used (a) the number of absentee ballots recorded as unreturned, (b) the total responding to the survey, (c) the total of those saying they did not request a ballot, (d) the total of those saying they did request a ballot, and of these (e) the number saying they returned their ballots. I assume survey respondents are representative and the data is accurate.

From these data a simple parameter-free predictive model was used to calculate the probability of all possible outcomes. Pictures of these probabilities were derived, and the 95% prediction interval of the relevant numbers was calculated. The pictures appear in the Appendix at the end. They are summarized here with their 95% prediction intervals.

**Error #1**: being recorded as sent an absentee ballot without requesting one.

**Error #2**: sending back an absentee ballot and having it recorded as not returned.

| State | Unreturned ballots | Error #1 | Error #2 |
|---|---|---|---|
| Georgia | 138,029 | 16,938–22,771 | 31,559–38,866 |
| Michigan | 139,190 | 29,611–36,529 | 27,928–34,710 |
| Pennsylvania* | 165,412 | 32,414–37,444 | 26,954–31,643 |
| Wisconsin | 96,771 | 16,316–19,273 | 13,991–16,757 |
| Arizona | 518,560 | 208,333–229,937 | 78,714–94,975 |

*Number for Pennsylvania represent Republican ballots only.

Ballots that were not requested, and ballots returned and marked as not returned were classed as *troublesome*. The estimated average number of troublesome ballots for each state were then calculated using the table above and are presented next.

| State | Unreturned ballots | Estimated average troublesome ballots | Percent |
|---|---|---|---|
| Georgia | 138,029 | 53,489 | 39% |
| Michigan | 139,190 | 62,517 | 45% |
| Pennsylvania* | 165,412 | 61,780 | 37% |
| Wisconsin | 96,771 | 29,594 | 31% |
| Arizona | 518,560 | 303,305 | 58% |

*Number for Pennsylvania represent Republican ballots only.

## 3   Conclusion

There are clearly a large number of troublesome ballots in each state investigated. Ballots marked as not returned that were never requested are clearly an error of some kind. The error is not small as a percent of the total recorded unreturned ballots.

1

Ballots sent back and unrecorded is a separate error. These represent votes that have gone missing, a serious mistake. The number of these missing ballots is also large in each state.

Survey respondents were not asked if they received an unrequested ballot whether they sent these ballots back. This is clearly a lively possibility, and represents a third possible source of error, including the potential of voting twice (once by absentee and once at the polls). No estimates or likelihood can be calculated for this potential error due to absence of data.

I declare under the penalty of perjury that the foregoing is true and correct.

## 4   Declaration of William M. Briggs, PhD

1. My name is William M. Briggs. I am over 18 years of age and am competent to testify in this action. All of the facts stated herein are true and based on my personal knowledge.
2. I received a Ph.D of Statistics from Cornell University in 2004.
3. I am currently a statistical consultant. I make this declaration in my personal capacity.
4. I have analyzed data regarding responses to questions relating to mail ballot requests, returns and related issues.
5. I attest to a reasonable degree of professional certainty that the resulting analysis are accurate.

*[signature]* William M. Briggs

23 November 2020

## 5   Appendix

The probability pictures for each state for each outcome as mentioned above.



Probability of numbers of un-requested absentee ballots listed as not returned for Georgia

There is a 95 % chance from between 16938 and 22771 absentee ballots were not requested but marked as not returned



Probability of numbers of absentee ballots returned but listed as not returned for Georgia

There is a 95 % chance from between 31559 and 38866 absentee ballots were returned but marked as not returned



Probability of numbers of un-requested absentee ballots listed as not returned for Michigan

There is a 95 % chance from between 29611 and 36529 absentee ballots were not requested but marked as not returned

Probability of absentee ballots returned but listed as not returned for Michigan

There is a 95 % chance from between 27928 and 34710 absentee ballots were returned but marked as not returned

Probability of numbers of un-requested absentee ballots listed as not returned for Pennsylvania

There is a 95 % chance from between 32414 and 37444 absentee ballots were not requested but marked as not returned

Probability of numbers of absentee ballots returned but listed as not returned for Pennsylvania

There is a 95 % chance from between 26954 and 31643 absentee ballots were returned but marked as not returned

3



4

## 0276 GA Unreturned_Absentee Live ID Topline

|  |  |  | 11/16/2020 | 11/17/2020 |
|---:|---|---|---:|---:|
| 15179 | **Completes** |  | **8143** | **7036** |
|  |  |  |  |  |
| 184 | **Q5=01 or 02** | status = C | 64 | 120 |
| 13,479 | **Answering Machines** | status = AM | 7090 | 6389 |
| 1,516 | **up/RC** | status = R, IR, RC, DC | 989 | 527 |
| 4,902 | **Numbers/Language** | status = D, BC,WN, NE | 2436 | 2466 |
| 0 | **MA** | status = MA | 0 | 0 |
|  |  |  |  |  |
| 58.45% | **List Penetration** |  |  |  |
|  |  |  |  |  |
| 34,355 | **Data Loads** |  | 34,355 |  |

| Q1 - May I please speak to <lead on screen>? |  | Response | 16-Nov | 17-Nov |
|---:|---:|---|---:|---:|
| 767 | 65.28% | 1. Reached Target [Go to Q2]. | 446 | 321 |
| 255 | 21.70% | [Go to Q2]. | 165 | 90 |
| 153 | 13.02% | X = Refused <Go to CLOSE A> | 104 | 49 |
| 385 | 32.77% | Q = Hangup <Go to CLOSE A> | 267 | 118 |
| **1,175** | **100.00%** | **Sum of All Responses** | **982** | **578** |

| Q2 - Did you request an absentee ballot? |  | Response | 16-Nov | 17-Nov |
|---:|---:|---|---:|---:|
| 591 | 61.31% | 1. Yes. [Go to Go to Q3]. | 343 | 248 |
| 128 | 13.28% | 2. No. [Go to Q4]. | 84 | 44 |

| | | | 16-Nov | 17-Nov |
|---|---|---|---|---|
| 39 | 4.05% | member confirmed "Yes" [Go to | 24 | 15 |
| 14 | 1.45% | member confirmed "No" [Go to Q4] | 11 | 3 |
| 40 | 4.15% | 5. Unsure. [Go to Q3]. | 26 | 14 |
| 82 | 8.51% | moment. [Go to Close A] | 48 | 34 |
| 70 | 7.26% | X = Refused <Go to CLOSE A> | 42 | 28 |
| 58 | 6.02% | Q = Hangup <Go to CLOSE A> | 33 | 25 |
| **964** | **100.00%** | **Sum of All Responses** | **611** | **411** |

| Q3 - Did you mail back that ballot? | | Response | 16-Nov | 17-Nov |
|---|---|---|---|---|
| 240 | 38.52% | 1. Yes. [Go to Go to Q4]. | 149 | 91 |
| 317 | 50.88% | 2. No. [Go to Close A]. | 174 | 143 |
| 17 | 2.73% | member confirmed "Yes" [Go to | 10 | 7 |
| 9 | 1.44% | member confirmed "No" [Go to Close A] | 4 | 5 |
| 24 | 3.85% | 5. Unsure. [Go to Close A]. | 14 | 10 |
| 11 | 1.77% | moment. [Go to Close A] | 8 | 3 |
| 5 | 0.80% | X = Refused <Go to CLOSE A> | 5 | 0 |
| 7 | 1.12% | Q = Hangup <Go to CLOSE A> | 3 | 4 |
| **623** | **100.00%** | **Sum of All Responses** | **367** | **263** |

| Q4 - Can you please give us the best phone number to reach you at? | | Response | 16-Nov | 17-Nov |
|---|---|---|---|---|
| 313 | 82.15% | 01 = Yes <Go to Q5> | 205 | 108 |
| 49 | 12.86% | 02 = No <Go to Q5> | 26 | 23 |
| 19 | 4.99% | X = Refused <Go to CLOSE A> | 13 | 6 |
| 18 | 4.72% | Q = Hangup <Go to CLOSE A> | 10 | 8 |

| 381 | 100.00% | Sum of All Responses | 254 | 145 |
|---|---|---|---|---|

| Q5 - May we please have an email address to follow-up as well? | | Response | 16-Nov | 17-Nov |
|---|---|---|---|---|
| 99 | 28.86% | 01 = Yes <Go to CLOSE B> | 64 | 35 |
| 229 | 66.76% | 02 = No <Go to CLOSE B> | 144 | 85 |
| 15 | 4.37% | X = Refused <Go to CLOSE A> | 11 | 4 |
| 19 | 5.54% | Q = Hangup <Go to CLOSE A> | 12 | 7 |
| 343 | 100.00% | Sum of All Responses | 231 | 131 |

## MI Unreturned Live Agent - Mass Markets

| | | | 11/15/2020 | 11/16/2020 | 11/17/2020 | |
|---:|---|---|---:|---:|---:|---|
| 3,815 | **Completes** | | - | **990** | **2,825** | |
| | | | | | | |
| 248 | **Q4=01** | 1-Completed Survey | - | 36 | 212 | |
| 1,257 | **VM Message Left** | 2-Message Delivered VM | - | 388 | 869 | |
| 2,310 | **up/RC** | 3-Refused | - | 566 | 1,744 | |
| 62,569 | **No Answer** | 4-No Answer | - | 15,482 | 47,087 | |
| 3,644 | **Numbers/Language** | 5-Bad Number | - | 570 | 3,074 | |
| | | | | | | |
| | | | | | | |
| 100.00% | **List Penetration** | | | | | |
| | | | | | | |
| 70,030 | **Data Loads** | | | | | |

| Q1 - May I please speak to <lead on screen>? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---:|---|---:|---:|---:|
| 958 | 23.65% | A-Reached Target | - | 158 | 800 |
| 142 | 3.51% | Uncertain | - | 57 | 85 |
| 2,950 | 72.84% | X = Refused | - | 883 | 2,067 |
| 0 | 0.00% | | | | |
| 4,050 | **100.00%** | **Sum of All Responses** | **-** | **1,098** | **2,952** |

| Q2 - Did you request Absentee Ballot in state of MI? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---:|---|---:|---:|---:|
| 752 | 49.64% | A-Yes [Go to Q3] | - | 167 | 585 |

| | | | | | |
|---|---|---|---|---|---|
| 239 | 15.78% | B-No [Go to Q4] | - | 39 | 200 |
| 50 | 3.30% | Member) [Go to Q3] | - | 5 | 45 |
| 17 | 1.12% | Member) [Go to Q4] | - | 2 | 15 |
| 37 | 2.44% | E-Unsure [Go to Close A] | - | 4 | 33 |
| 11 | 0.73% | Moment [Go to Close A] | - | 2 | 9 |
| 409 | 27.00% | X = Refused | - | 63 | 346 |
| | | | | | |
| | | | | | |
| **1,515** | **100.00%** | **Sum of All Responses** | **-** | **282** | **1,233** |

| Q3 - Did you mail your ballot back? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 232 | 21.28% | A-Yes [Go to Q4] | - | 41 | 191 |
| 472 | 43.30% | B-No [Go to Close A] | - | 109 | 363 |
| 10 | 0.92% | Member) [Go to Q4] | - | 2 | 8 |
| 28 | 2.57% | Member) [Go to Close A] | - | 2 | 26 |
| 22 | 2.02% | Close A] | - | 5 | 17 |
| 326 | 29.91% | X = Refused | - | 60 | 266 |
| | | | - | | |
| | | | | | |
| **1,090** | **100.00%** | **Sum of All Responses** | **-** | **219** | **871** |

| Q4 - Can you please give us the best phone number to reach you at? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 246 | 69.89% | A-Yes (Capture Number) [Go to Q5] | - | 36 | 210 |
| 106 | 30.11% | B-Refused  [Go to Q5] | - | 27 | 79 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | 0.00% | | | | |
| 0 | 0.00% | | | | |
| **352** | **100.00%** | **Sum of All Responses** | **-** | **63** | **289** |

| Q5 - Can you provide us your email address? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 18 | 7.26% | 01-Yes [Go to Close B] | - | 5 | 13 |
| 230 | 92.74% | 02-No  [Go to Close B] | - | 31 | 199 |
| 0 | 0.00% | | | | |
| **248** | **100.00%** | **Sum of All Responses** | **-** | **36** | **212** |

## WI Unreturned Live Agent - Mass Markets

| | | | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---|---|---:|---:|---:|
| 4,614 | **Completes** | | - | **3,483** | **1,131** |
| | | | | | |
| 433 | **Completed survey** - Q4=0** | 1-Completed Survey | - | 300 | 133 |
| 1,053 | **VM Message Left** | 2-Message Delivered VM | - | 804 | 249 |
| 3,128 | **Refused/Early Hang up/RC** | 3-Refused | - | 2,379 | 749 |
| 50,712 | **No Answer** | 4-No Answer | - | 40,391 | 10,321 |
| 1,944 | **Bad/Wrong Numbers/Langu** | 5-Bad Number | - | 1,289 | 655 |
| | | | | | |
| | | | | | |
| 100.00% | **List Penetration** | | | | |
| | | | | | |
| 57,271 | **Data Loads** | | | | |

| Q1 - May I please speak to <lead on screen>? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---:|---|---:|---:|---:|
| 2,261 | 64.69% | A-Reached Target + B-What Is This About? / Uncertain | - | 1,343 | 475 |
| 1,677 | 47.98% | X = Refused | - | 1,202 | 475 |
| 0 | 0.00% | | | | |
| 3,495 | **100.00%** | **Sum of All Responses** | **-** | **2,545** | **950** |

| Q2 - Did you request Absentee Ballot in state of WI? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---:|---|---:|---:|---:|
| 1,699 | 62.39% | A-Yes [Go to Q3] | - | 1,374 | 325 |

| | | | | | |
|---|---|---|---|---|---|
| 379 | 13.92% | B-No [Go to Q4] | - | 240 | 139 |
| 32 | 1.18% | C-Yes (per Spouse/family Member) [Go to Q3] | - | 16 | 16 |
| 4 | 0.15% | D-No (per Spouse/family Member) [Go to Q4] | - | - | 4 |
| 44 | 1.62% | E-Unsure [Go to Close A] | - | 25 | 19 |
| 4 | 0.15% | F-Not Available At The Moment [Go to Close A] | - | 2 | 2 |
| 561 | 20.60% | X = Refused | - | 405 | 156 |
| | | | | | |
| | | | | | |
| **2,723** | **100.00%** | **Sum of All Responses** | **-** | **2,062** | **661** |

| Q3 - Did you mail your ballot back? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 316 | 14.67% | A-Yes [Go to Q4] | - | 238 | 78 |
| 1,286 | 59.70% | B-No [Go to Close A] | - | 1,069 | 217 |
| 9 | 0.42% | C-Yes (per Spouse/family Member) [Go to Q4] | - | 4 | 5 |
| 15 | 0.70% | D-No (per Spouse/family Member) [Go to Close A] | - | 8 | 7 |
| 28 | 1.30% | E-Unsure / Refused [Go to Close A] | - | 24 | 4 |
| 500 | 23.21% | X = Refused | - | 314 | 186 |
| | | | - | | |
| | | | | | |
| **2,154** | **100.00%** | **Sum of All Responses** | **-** | **1,657** | **497** |

| Q4 - Can you please give us the best phone number to reach you at? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 432 | 80.00% | A-Yes (Capture Number) [Go to Q5] | - | 300 | 132 |
| 108 | 20.00% | B-Refused  [Go to Q5] | - | 77 | 31 |
| 0 | 0.00% | | | | |
| 0 | 0.00% | | | | |
| **540** | **100.00%** | **Sum of All Responses** | **-** | **377** | **163** |

| Q5 - Can you provide us your email address? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 50 | 11.55% | 01-Yes [Go to Close B] | - | 37 | 13 |
| 383 | 88.45% | 02-No  [Go to Close B] | - | 263 | 120 |
| 0 | 0.00% | | | | |
| **433** | **100.00%** | **Sum of All Responses** | **-** | **300** | **133** |

## 0270 PA Absentee Live ID Topline

| | | | 11/9/2020 | 11/10/2020 | 11/11/2020 |
|---|---|---|---|---|---|
| 18037 | **Completes** | | **4419** | **13618** | **0** |
| | | | | | |
| 834 | **survey** - Q4=01** | status = C | 178 | 656 | |
| 14,203 | **Machines** | status = AM | 3465 | 10738 | |
| 3,000 | **Hang up/RC** | status = R, IR, RC, DC | 776 | 2224 | |
| 3,521 | **Numbers/Languag** | status = D, BC,WN, NE | 556 | 2965 | |
| 0 | **MA** | status = MA | | | |
| | | | | | |
| 87.70% | **List Penetration** | | | | |
| | | | | | |
| 24,581 | **Data Loads** | | 24,581 | | |

| Q1 - May I please speak to <lead on screen>? | | Response | 9-Nov | 10-Nov | 11-Nov |
|---|---|---|---|---|---|
| 2,262 | 75.86% | 1. Reached Target [Go to Q2]. | 593 | 1,669 | |
| 422 | 14.15% | Q2]. | 102 | 320 | |
| 298 | 9.99% | X = Refused <Go to CLOSE A> | 77 | 221 | |
| 739 | 24.78% | Q = Hangup <Go to CLOSE A> | 160 | 579 | |
| **2,982** | **100.00%** | **Sum of All Responses** | **932** | **2789** | **0** |

| Q2 - Did you request an absentee ballot? | | Response | 9-Nov | 10-Nov | 11-Nov |
|---|---|---|---|---|---|
| 1,114 | 43.91% | 1. Yes. [Go to Go to Q3]. | 331 | 783 | |
| 531 | 20.93% | 2. No. [Go to Q4]. | 131 | 400 | |

| | | | | | |
|---|---|---|---|---|---|
| 36 | 1.42% | confirmed "Yes" [Go to Q3] | 12 | 24 | |
| 25 | 0.99% | confirmed "No" [Go to Q4] | 9 | 16 | |
| 91 | 3.59% | 5. Unsure. [Go to Q3]. | 25 | 66 | |
| 89 | 3.51% | moment. [Go to Close A] | 17 | 72 | |
| 544 | 21.44% | A] | 105 | 439 | |
| 107 | 4.22% | X = Refused <Go to CLOSE A> | 29 | 78 | |
| 147 | 5.79% | Q = Hangup <Go to CLOSE A> | 36 | 111 | |
| **2,537** | **100.00%** | **Sum of All Responses** | **695** | **1989** | **0** |

| Q3 - Did you mail back that ballot? | | Response | 9-Nov | 10-Nov | 11-Nov |
|---|---|---|---|---|---|
| 452 | 39.75% | 1. Yes. [Go to Go to Q4]. | 90 | 362 | |
| 632 | 55.58% | 2. No. [Go to Close A]. | 229 | 403 | |
| 11 | 0.97% | confirmed "Yes" [Go to Q4] | 1 | 10 | |
| 11 | 0.97% | confirmed "No" [Go to Close A] | 4 | 7 | |
| 15 | 1.32% | 5. Unsure. [Go to Close A]. | 6 | 9 | |
| 2 | 0.18% | moment. [Go to Close A] | 0 | 2 | |
| 14 | 1.23% | X = Refused <Go to CLOSE A> | 5 | 9 | |
| 13 | 1.14% | Q = Hangup <Go to CLOSE A> | 8 | 5 | |
| **1,137** | **100.00%** | **Sum of All Responses** | **343** | **807** | **0** |

| Q4 - Can you please give us the best phone number to reach you at? | | Response | 9-Nov | 10-Nov | 11-Nov |
|---|---|---|---|---|---|
| 834 | 87.61% | 01 = Yes <Go to CLOSE B> | 178 | 656 | |
| 118 | 12.39% | X = Refused <Go to CLOSE A> | 36 | 82 | |
| 67 | 7.04% | Q = Hangup <Go to CLOSE A> | 17 | 50 | |
| **952** | **100.00%** | **Sum of All Responses** | **231** | **788** | **0** |

## AZ Unreturned Live Agent - Mass Markets

|         |                       |                     | 11/15/2020 | 11/16/2020 | 11/17/2020 | |
|---------|-----------------------|---------------------|-----------|-----------|-----------|---|
| 5,604   | **Completes**         |                     | **745**   | **1,881** | **2,978** | |
|         |                       |                     |           |           |           | |
| 684     | **Q4=01**             | 1-Completed Survey  | 116       | 212       | 356       | |
| 1,945   | **VM Message Left**   | 2-Message Delivered VM | 90     | 657       | 1,198     | |
| 2,975   | **up/RC**             | 3-Refused           | 539       | 1,012     | 1,424     | |
| 74,437  | **No Answer**         | 4-No Answer         | 6,764     | 25,056    | 42,617    | |
| 1,663   | **Numbers/Language**  | 5-Bad Number        | 245       | 384       | 1,034     | |
|         |                       |                     |           |           |           | |
|         |                       |                     |           |           |           | |
| 100.00% | **List Penetration**  |                     |           |           |           | |
|         |                       |                     |           |           |           | |
| 81,708  | **Data Loads**        |                     |           |           |           | |

| Q1 - May I please speak to <lead on screen>? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|------|------|------|-----------|-----------|-----------|
| 1,812 | 40.05% | A-Reached Target | 307 | 554 | 951 |
| 335 | 7.40% | Uncertain | 80 | 124 | 131 |
| 2,377 | 52.54% | X = Refused | 382 | 854 | 1,141 |
| 0 | 0.00% | | | | |
| 4,524 | **100.00%** | **Sum of All Responses** | **769** | **1,532** | **2,223** |

| Q2 - Did you request Absentee Ballot in state of AZ? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|------|------|------|-----------|-----------|-----------|
| 1,120 | 45.00% | A-Yes [Go to Q3] | 210 | 361 | 549 |

| | | | | | |
|---|---|---|---|---|---|
| 885 | 35.56% | B-No [Go to Q4] | 162 | 286 | 437 |
| 24 | 0.96% | Member) [Go to Q3] | 5 | 9 | 10 |
| 21 | 0.84% | Member) [Go to Q4] | 3 | 10 | 8 |
| 72 | 2.89% | E-Unsure [Go to Close A] | 10 | 18 | 44 |
| 7 | 0.28% | [Go to Close A] | - | 1 | 6 |
| 360 | 14.46% | X = Refused | 45 | 69 | 246 |
| | | | | | |
| | | | | | |
| **2,489** | **100.00%** | **Sum of All Responses** | **435** | **754** | **1,300** |

| Q3 - Did you mail your ballot | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 344 | 16.16% | A-Yes [Go to Q4] | 67 | 112 | 165 |
| 696 | 32.69% | B-No [Go to Close A] | 116 | 237 | 343 |
| 11 | 0.52% | Member) [Go to Q4] | 2 | 2 | 7 |
| 9 | 0.42% | Member) [Go to Close A] | 1 | 4 | 4 |
| 14 | 0.66% | Close A] | 3 | 4 | 7 |
| 1,055 | 49.55% | X = Refused | 201 | 326 | 528 |
| | | | | | |
| | | | | | |
| **2,129** | **100.00%** | **Sum of All Responses** | **390** | **685** | **1,054** |

| Q4 - Can you please give us the best phone number to reach you at? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 678 | 82.48% | A-Yes (Capture Number) [Go to Q5] | 116 | 212 | 350 |
| 144 | 17.52% | B-Refused  [Go to Q5] | 38 | 50 | 56 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | 0.00% | | | | |
| 0 | 0.00% | | | | |
| **822** | **100.00%** | **Sum of All Responses** | **154** | **262** | **406** |

| Q5 - Can you provide us your email address? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 127 | 18.57% | 01-Yes [Go to Close B] | 24 | 36 | 67 |
| 557 | 81.43% | 02-No  [Go to Close B] | 92 | 176 | 289 |
| 0 | 0.00% | | | | |
| **684** | **100.00%** | **Sum of All Responses** | **116** | **212** | **356** |

**William M. Briggs**, PhD
*Statistician to the Stars!*
917-392-0691
matt@wmbriggs.com

## 1. EXPERIENCE

(1) 2016: AUTHOR OF *Uncertainty: The Soul of Modeling, Probability & Statistics*, a book which argues for a complete and fundamental change in the philosophy and practice of probability and statistics. Eliminate hypothesis testing and estimation, and move to verifiable predictions. This includes AI and machine learning. Call this The Great Reset, but a good one.

(2) 2004–2016 ADJUNCT PROFESSOR OF STATISTICAL SCIENCE, CORNELL UNIVERSITY, ITHACA, NEW YORK
I taught a yearly Masters course to people who (rightfully) hate statistics. Interests: philosophy of science & probability, epistemology, epidemiology (ask me about the all-too-common epidemiologist fallacy), Bayesian statistics, medicine, climatology & meteorology, goodness of forecasts, overconfidence in science; public understanding of science, limitations of science, scientism; scholastic metaphysics (as it relates to epistemology).

(3) 1998-PRESENT. STATISTICAL CONSULTANT, VARIOUS COMPANIES
Most of my time is spent coaxing people out of their money to tell them they are too sure of themselves. All manner of analyses cheerfully undertaken. Example: Fraud analysis; I created the *Wall Street Journal's* College Rankings. I consultant regularly at Methodist and other hospitals, start-ups, start-downs, and with any instition willing to fork it over.

(4) 2003-2010. RESEARCH SCIENTIST, NEW YORK METHODIST HOSPITAL, NEW YORK
Besides the usual, I sit/sat on the Institutional Review Committee to assess the statistics of proposed research. I was an Associate Editor for *Monthly Weather Review* (through 2011). Also a member of the American Meteorological Society's Probability and Statistics Committee (through 2011). At a hospital? Yes, sir; at a hospital. It rains there, too, you know.

(5) FALL 2007, FALL 2010 VISITING PROFESSOR OF STATISTICS, DEPARTMENT OF MATHEMATICS, CENTRAL MICHIGAN UNIVERSITY, MT. PLEASANT, MI
Who doesn't love a visit from a statistician? Ask me about the difference between "a degree" and "an education."

(6) 2003-2007, ASSISTANT PROFESSOR STATISTICS, WEILL MEDICAL COLLEGE OF CORNELL UNIVERSITY, NEW YORK, NEW YORK
Working here gave me a sincere appreciation of the influences of government money; grants galore.

(7) 2002-2003. GOTHAM RISK MANAGEMENT, NEW YORK
A start-up then, after Enron's shenanigans, a start-down. We set future weather derivative and weather insurance contract prices that incorporated information from medium- and long-range weather and climate forecasts.

(8) 1998-2002. DOUBLECLICK, NEW YORK
Lead statistician. Lot of computer this and thats; enormous datasets.

(9) 1993-1998. GRADUATE STUDENT, CORNELL UNIVERSITY

1

Meteorology, applied climatology, and finally statistics. Was Vice Chair of the graduate student government; probably elected thanks to a miracle.

(10) 1992–1993. NATIONAL WEATHER SERVICE, SAULT STE. MARIE, MI Forecast storms o' the day and launched enormous balloons in the name of Science. My proudest moment came when I was able to convince an ancient IBM-AT machine to talk to an *analog*, 110 baud, phone-coupled modem, all using BASIC!

(11) 1989–1992. UNDERGRADUATE STUDENT, CENTRAL MICHIGAN UNIVERSITY. Meteorology and mathematics. Started the local student meteorology group to chase tornados. Who knew Michigan had so few? Spent a summer at U Michigan playing with a (science-fiction-sounding) lidar.

(12) 1983–1989. UNITED STATES AIR FORCE. Cryptography and other secret stuff. Shot things; learned pinochle. I adopted and became proficient with a fascinating and versatile vocabulary. Irritate me for examples. TS/SCI, etc. security clearance (now inactive).

## 2. EDUCATION

(1) Ph.D., 2004, Cornell University. Statistics.
(2) M.S., 1995, Cornell University. Atmospheric Science.
(3) B.S., Summa Cum Laude, 1992, Central Michigan University. Meteorology and Math.

## 3. PUBLICATIONS

### 3.0.1. Popular.

(1) Op-eds in various newspapers; articles in *Stream*, *Crisis Magazine*, *The Remnant*, *Quadrant*, *Quirks*; blog with ~70,000 monthly readers. Various briefs submitted to government agencies, such as California Air Resources Board, Illinois Department of Natural Resources. Talks and holding-forths of all kinds.

### 3.0.2. Books.

(1) Richards, JW, WM Briggs, and D Axe, 2020. *UThe Price of Panic: How the Tyranny of Experts Turned a Pandemic into a Catastrophe*. Regnery. Professors Jay Richards, William Briggs, and Douglas Axe take a deep dive into the crucial questions on the minds of millions of Americans during one of the most jarring and unprecedented global events in a generation.

(2) Briggs, WM., 2016. *Uncertainty: The Soul of Modeling, Probability & Statistics*. Springer. Philosophy of probability and statistics. A new (old) way to view and to use statistics, a way that doesn't lead to heartbreak and pandemic over-certainty, like current methods do.

(3) Briggs, WM, 2008 *Breaking the Law of Averages: Real Life Probability and Statistics in Plain English*. Lulu Press, New York. Free text for undergraduates.

(4) Briggs, WM., 2006 *So You Think You're Psychic?* Lulu Press, New York. Hint: I'll bet you're not.

2

### 3.0.3. *Methods.*

(1) Briggs, WM and J.C. Hanekamp, 2020. Uncertainty In The MAN Data Calibration & Trend Estimates. *Atmospheric Environment*, In review.

(2) Briggs, WM and J.C. Hanekamp, 2020. Adjustments to the Ryden & Mc-Neil Ammonia Flux Model. *Soil Use and Management*, In review.

(3) Briggs, William M. 2020. Parameter-Centric Analysis Grossly Exaggerates Certainty. In *Data Science for Financial Econometrics*, V Kreinovich, NN Thach, ND Trung, DV Thanh (eds.), In press.

(4) Briggs, WM, HT Nguyen, D Trafimow, 2019. Don't Test, Decide. In *Behavioral Predictive Modeling in Econometrics*, Springer, V Kreinovich, S Sriboonchitta (eds.). In press.

(5) Briggs, William M. and HT Nguyen, 2019. Clarifying ASA's view on p-values in hypothesis testing. *Asian Journal of Business and Economics*, 03(02), 1–16.

(6) Briggs, William M., 2019. Reality-Based Probability & Statistics: Solving The Evidential Crisis (invited paper). *Asian Journal of Business and Economics*, 03(01), 37–80.

(7) Briggs, William M., 2019. Everything Wrong with P-Values Under One Roof. *In Beyond Traditional Probabilistic Methods in Economics*, V Kreinovich, NN Thach, ND Trung, DV Thanh (eds.), pp 22—44.

(8) Briggs, WM, HT Nguyen, D Trafimow, 2019. The Replacement for Hypothesis Testing. In *Structural Changes and Their Econometric Modeling*, Springer, V Kreinovich, S Sriboonchitta (eds.), pp 3—17.

(9) Trafimow, D, V Amrhein, CN Areshenkoff, C Barrera-Causil, .... WM Briggs, (45 others), 2018. Manipulating the alpha level cannot cure significance testing. *Frontiers in Psychology*, 9, 699. doi.org/10.3389/fpsyg.2018.00699.

(10) Briggs, WM, 2018. Testing, Prediction, and Cause in Econometric Models. In *Econometrics for Financial Applications*, ed. Anh, Dong, Kreinovich, and Thach. Springer, New York, pp 3–19.

(11) Briggs, WM, 2017. The Substitute for p-Values. *JASA*, 112, 897–898.

(12) J.C. Hanekamp, M Crok, M Briggs. 2017. Ammoniak in Nederland. *Enkele kritische wetenschappelijke kanttekeningen*. V-focus, Wageningen.

(13) Briggs, WM, 2017. Math: Old, New, and Equalitarian. *Academic Questions*, 30(4), 508–513.

(14) Moncton, C, W Soon, D Legates, ... (several others), WM Briggs 2018. On an error in applying feedback theory to climate. In submission (currently *J. Climate*).

(15) Briggs, WM, JC Hanekamp, M Crok, 2017. Comment on Goedhart and Huijsmans. *Soil Use and Management*, 33(4), 603–604.

(16) Briggs, WM, JC Hanekamp, M Crok, 2017. Response to van Pul, van Zanten and Wichink Kruit. *Soil Use and Management*, 33(4), 609–610.

(17) Jaap C. Hanekamp, William M. Briggs, and Marcel Crok, 2016. A volatile discourse - reviewing aspects of ammonia emissions, models, and atmospheric concentrations in The Netherlands. *Soil Use and Management*, 33(2), 276–287.

4

(18) Christopher Monckton of Brenchley, Willie Soon, David Legates, William Briggs, 2015. Keeping it simple: the value of an irreducibly simple climate model. *Science Bulletin*, August 2015, Volume 60, Issue 15, pp 1378–1390.

(19) Briggs, WM, 2015. The Third Way Of Probability & Statistics: Beyond Testing and Estimation To Importance, Relevance, and Skill. *arxiv.org/abs/1508.02384*.

(20) Briggs, WM, 2015. The Crisis Of Evidence: Why Probability And Statistics Cannot Discover Cause. *arxiv.org/abs/1507.07244*.

(21) David R. Legates, Willie Soon, William M. Briggs, Christopher Monckton of Brenchley, 2015. Climate Consensus and 'Misinformation': A Rejoinder to Agnotology, Scientific Consensus, and the Teachingand Learning of Climate Change. *Science and Education*, 24, 299–318, DOI 10.1007/s11191-013-9647-9.

(22) Briggs, WM, 2014. The Problem Of Grue Isn't. *arxiv.org/abs/1501.03811*.

(23) Christopher Monckton of Brenchley, Willie Soon, David Legates, William Briggs, 2014. Why models run hot: results from an irreducibly simple climate model. *Science Bulletin*, January 2015, Volume 60, Issue 1, pp 122-135.

(24) Briggs, WM, 2014. Common Statistical Fallacies. *Journal of American Physicians and Surgeons*, Volume 19 Number 2, 58–60.

(25) Aalt Bast, William M. Briggs, Edward J. Calabrese, Michael F. Fenech, Jaap C. Hanekamp, Robert Heaney, Ger Rijkers, Bert Schwitters, Pieternel Verhoeven, 2013. Scientism, Legalism and Precaution—Contending with Regulating Nutrition and Health Claims in Europe. *European Food and Feed Law Review*, 6, 401–409.

(26) Legates, DR, Soon, W, and Briggs, 2013. Learning and Teaching Climate Science: The Perils of Consensus Knowledge Using Agnotology. *Science and Education*, DOI 10.1007/s11191-013-9588-3.

(27) Briggs, WM, 2012. On Probability Leakage. *arxiv.org/abs/1201.3611*.

(28) Briggs, WM, 2012. Why do statisticians answer questions no one ever asks? *Significance*, Volume 9 Issue 1 Doi: 10.1111/j.1740-9713.2012.00542.x. 30–31.

(29) Briggs, WM, Soon, W, Legates, D, Carter, R, 2011. A Vaccine Against Arrogance. *Water, Air, & Soil Pollution*, Volume 220, Issue 1 (2011), Page 5-6

(30) Briggs, WM, and R Zaretzki, 2009. Induction and falsifiability in statistics. *arxiv.org/abs/math/0610859*.

(31) Briggs, WM, 2011. Discussion to A Gelman. Why Tables are Really Much Better than Graphs. *Journal Computational and Graphical Statistics*, Volume 20, 16–17.

(32) Zaretzki R, Gilchrist MA, Briggs WM, and Armagan A. 2010. Bias correction and Bayesian analysis of aggregate counts in SAGE libraries. *BMC Bioinformatics*, 11:72doi:10.1186/1471-2105-11-72.

(33) Zaretzki, R, Briggs, W, Shankar, M, Sterling, M, 2009. Fitting distributions of large scale power outages: extreme values and the effect of truncation. *International Journal of Power and Energy Systems*. DOI: 10.2316/Journal.203.2009.1.203-4374.

(34) Briggs, WM, 2007. Changes in number and intensity of world-wide tropical cyclones. *arxiv.org/physics/0702131*.

(35) Briggs, WM, 2007. On the non-arbitrary assignment of equi-probable priors. *arxiv.org/math.ST/0701831*.

(36) Briggs, WM, 2007. On the changes in number and intensity of North Atlantic tropical cyclones. *Journal of Climate*, **21**, 1387-1482.

(37) Briggs, WM, 2007. Positive evidence for non-arbitrary assignments of probability, 2007. Edited by Knuth et al. Proceedings 27th International Workshop on Bayesian Inference and Maximum Entropy Methods in Science and Engineering. American Institute of Physics. 101-108.

(38) Briggs, WM, R Zaretzki, 2007. The Skill Plot: a graphical technique for the evaluating the predictive usefulness of continuous diagnostic tests. *With Discussion. Biometrics*. **64(1)**, 250-6; discussion 256-61. PMID: 18304288.

(39) Zaretzki R, Gilchrist MA, Briggs WM, 2010. MCMC Inference for a Model with Sampling Bias: An Illustration using SAGE data. *arxiv.org/abs/0711.3765*

(40) Briggs, WM, and D Ruppert, 2006. Assessing the skill of yes/no forecasts for Markov observations. *Monthly Weather Review.* **134**, 2601-2611.

(41) Briggs, WM, 2007. Review of *Statistical Methods in the Atmospheric Sciences* (second edition, 2006) by Wilks, D.S. *Journal of the American Statistical Association*, **102**, 380.

(42) Briggs, WM, M Pocernich, and D Ruppert, 2005. Incorporating misclassification error in skill assessment. *Monthly Weather Review*, **133(11)**, 3382-3392.

(43) Briggs, WM, 2005. A general method of incorporating forecast cost and loss in value scores. *Monthly Weather Review*, **133(11)**, 3393-3397.

(44) Briggs, WM, and D Ruppert, 2005. Assessing the skill of Yes/No Predictions. *Biometrics*. **61(3)**, 799-807. PMID: 16135031.

(45) Briggs, WM, 2004. Discussion to T Gneiting, LI Stanberry, EP Grimit, L Held, NA Johnson, 2008. Assessing probabilistic forecasts of multivariate quantities, with an application to ensemble predictions of surface winds. *Test*, **17**, 240-242.

(46) Briggs, WM, 2004. Discussion to Gel, Y, AE Raftery, T Gneiting, and V.J. Berrocal, 2004. Calibrated Probabilistic Mesoscale Weather Field Forecasting: The Geostatistical Output Perturbation (GOP) Method. *J. American Statistical Association*. **99 (467)**: 586-587.

(47) Mozer, JB, and Briggs, WM, 2003. Skill in real-time solar wind shock forecasts. *J. Geophysical Research: Space Physics*, **108 (A6)**, SSH 9 p. 1-9, (DOI 10.1029/2003JA009827).

(48) Briggs, WM, 1999. Review of *Forecasting: Methods and Applications* (third edition, 1998) by Makridakis, Wheelwright, and Hyndman; and *Elements of Forecasting* (first edition, 1998) by Diebold. *Journal of the American Statistical Association*, **94**, 345-346.

(49) Briggs, W.M., and R.A. Levine, 1997. Wavelets and Field Forecast Verification. *Monthly Weather Review*, **25 (6)**, 1329-1341.

(50) Briggs, WM, and DS Wilks, 1996. Estimating monthly and seasonal distributions of temperature and precipitation using the new CPC long-range forecasts. *Journal of Climate*, **9**, 818-826.

(51) Briggs, WM, and DS Wilks, 1996. Extension of the CPC long-lead temperature and precipitation outlooks to general weather statistics. *Journal of Climate*, 9, 3496-3504.

### 3.0.4. Applications.

(1) Jamorabo, Daniel, Renelus, Benjamin, Briggs, WM, 2019. "Comparative outcomes of EUS-guided cystogastrostomy for peripancreatic fluid collections (PFCs): A systematic review and meta-analysis, 2019. *Therapeutic Advances in Gastrointestinal Endoscopy*, in press.

(2) Benjamin Renelus, S Paul, S Peterson, N Dave, D amorabo, W Briggs, P Kancharla, 2019. Racial disparities with esophageal cancer mortality at a high-volume university affiliated center. An All ACCESS Invitation, *Journal of the National Medical Association*, in press.

(3) Mehta, Bella, S Ibrahim, WM Briggs, and P Efthimiou, 2019. Racial/Ethnic variations in morbidity and mortality in Adult Onset Still's Disease: An analysis of national dataset", *Seminars in Arthritis and Rheumatism*, doi: 10.1016/j.semarthrit.2019.04.0044.

(4) Ivanov A, Dahiesingh DS, Bhumireddy GP, Mohamed A, Asfour A, Briggs WM, Ho J, Khan SA, Grossman A, Klem I, Sacchi TJ, Heitner JF. Prevalence and Prognostic Significance of Left Ventricular Noncompaction in Patients Referred for Cardiac Magnetic Resonance Imaging. *Circ Cardiovasc Imaging*. 2017 Sep;10(9). pii: e006174. doi: 10.1161/CIRCIMAGING.117.006174.

(5) Ivanov A, Kaczkowska BA, Khan SA, Ho J, Tavakol M, Prasad A, Bhumireddy G, Beall AF, Klem I, Mehta P, Briggs WM, fpaSacchi TJ, Heitner JF, 2017. Review and Analysis of Publication Trends over Three Decades in Three High Impact Medicine Journals. *PLoS One*. 2017 Jan 20;12(1):e0170056. doi: 10.1371/journal.pone.0170056.

(6) A. Ivanova, G.P. Bhumireddy, D.S. Dabiesingh, S.A. Khana, J. Hoa N. Krishna, N. Dontineni, J.A Socolow, W.M. Briggs, I. Klem, T.J. Sacchi, J.F. Heitner, 2016. Importance of papillary muscle infarction detected by cardiac magnetic resonance imaging in predicting cardiovascular events. *International Journal of Cardiology*. Volume 220, 1 October 2016, Pages 558–563. PMID: 27390987.

(7) A Ivanov, J Yossef, J Taillon, B Worku, I Guikarov, A Tortolani, TJ Sacchi, WM Briggs, SJ Brener, JA Weingarten, JF Heitner, 2015. Do pulmonary function tests improve risk stratification before cardiothoracic surgery? *Journal of Thoracic and Cardiovascular Surgery*. 2015 Oct 30. pii: S0022-5223(15)02165-0 doi: 10.101. PMID: 26704058.

(8) Chen O, Sharma A, Ahmad I, Bourji N, Nestoiter K, Hua P, Hua B, Ivanov A, Yossef J, Klem I, Briggs WM, Sacchi TJ, Heitner JF, 2015. Correlation between pericardial, mediastinal, and intrathoracic fat volumes with the presence and severity of coronary artery disease, metabolic syndrome, and cardiac risk factors. *Eur Heart J Cardiovasc Imaging*. 2015 Jan;16(1):37-46. doi: 10.1093/ehjci/jeu145.

(9) Chery J, Semaan E, Darji S, Briggs W, Yarmush J, D'Ayala M, 2014. Impact of regional versus general anesthesia on the clinical outcomes of patients undergoing major lower extremity amputation. *Ann Vasc Surg*. 2014 Jul;28(5):1149-56. PMID: 2434828.

(10) Visconti A, Gaeta T, Cabezon M, Briggs W, Pyle M, 2013. Focused Board Intervention (FBI): A Remediation Program for Written Board Preparation

7

8

and the Medical Knowledge Core Competency. *J Grad Med Educ.* 2013 Sep;5(3):464-7. PMID: 24404311.

(11) Annika Krystyna, D Kumari, R Tenney, R Kosanovic, T Saff, WM Briggs, K Hennessey, M Skelly, E Enriquez, J LaJeune, W Ghani and MD Schwalb, 2013. Hepatitis c antibody testing in African American and Hispanic men in New York City with prostate biopsy. *Oncology Discovery*, Vol 1. DOI: 10.7243/2052-6199-1-1.

(12) Ziad Y. Fayad, Elie Semaan, Bashar Fahoum, W. Matt Briggs, Anthony Tortolani, and Marcus D'Ayala, 2013. Aortic mural thrombus in the normal or minimally atherosclerotic aorta: A systematic review and meta-analysis of the available literature. *Ann Vasc Surg.,* Apr;27(3):282-90. DOI:10.1016/j.avsg.2012.03.011.

(13) Elizabeth Haines, Gerardo Chiricolo, Kresimir Aralica, William Briggs, Robert Van Amerongen, Andrew Laudenbach, Kevin O'Rourke, and Lawrence Melniker MD, 2012. Derivation of a Pediatric Growth Curve for Inferior Vena Caval Diameter in Healthy Pediatric Patients. *Crit Ultrasound J.* 2012 May 28;4(1):12. doi: 10.1186/2036-7902-4-12.

(14) Wei Li, Piotr Gorecki, Elie Semaan, William Briggs, Anthony J. Tortolani, Marcus D'Ayala, 2011. Concurrent Prophylactic Placement of Inferior Vena Cava Filter in gastric bypass and adjustable banding operations: An analysis of the Bariatric Outcomes Longitudinal Database (BOLD). *J. Vascular Surg.* 2012 Jun;55(6):1690-5. doi: 10.1016/j.jvs.2011.12.056.

(15) Krystyna A. Kosanovic R, Tenney R, Saff T, Briggs WM, et al. (2011) Colonoscopy Findings in Men with Transrectal Ultrasound Guided Prostate Biopsy: Association of Colonic Lipoma with Prostate Cancer. *J Cancer Sci Ther* 54:002. doi:10.4172/1948-5956.S4-002

(16) Birkhahn RH, Wen W, Datillo PA, Briggs WM, Parekh A, Arkun A, Byrd B, Gaeta TJ, 2012. Improving patient flow in acute coronary syndromes in the face of hospital crowding. *J Emerg Med.* 2012 Aug;43(2):356-65. PMID: 22015378.

(17) Birkhahn RH, Haines E, Wen W, Reddy L, Briggs WM, Datillo PA., 2011. Estimating the clinical impact of bringing a multimarker cardiac panel to the bedside in the ED. *Am J Emerg Med.* 2011 Mar;29(3):304-8.

(18) Krystyna A, Saff T, Briggs WM, Schwalb MD., 2011. Correlation of hepatitis C and prostate cancer, inverse correlation of basal cell hyperplasia or prostatitis and epidemic syphilis of unknown duration. *Int Braz J Urol.* 2011 Mar-Apr;37(2):223-9; discussion 230.

(19) Muniyappa R, Briggs WM, 2010. Limited Predictive Ability of Surrogate Indices of Insulin Sensitivity/Resistance in Asian Indian Men: A Calibration Model Analysis. *AJP - Endocrinology and Metabolism.* 299(6):E1106-12. PMID: 20943755.

(20) Birkhahn RH, Blomkalns A, Klausner H, Nowak R, Raja AS, Summers R, Weber JE, Briggs WM, Arkun A, Diercks D. The association between money and opinion in academic emergency medicine. *West J Emerg Med.* 2010 May;11(2):126-32. PMID: 20823958.

(21) Loizzo JJ, Peterson JC, Charlson ME, Wolf EJ, Altemus M, Briggs WM, Vahdat LT, Caputo TA, 2010. The effect of a contemplative self-healing

program on quality of life in women with breast and gynecologic cancers. *Altern Ther Health Med.*, May–Jun;16(3):30-7. PMID: 20486622.

(22) Krystyna A, Safi T, Briggs WM, Schwalb MD., 2010. Higher morbidity in prostate cancer patients after transrectal ultrasound guided prostate biopsy with 3-day oral ciprofloxacin prophylaxis, independent of number of cores. *Brazilian Journal of Urology.*, Mar-Apr;37(2):223-9, discussion 230. PMID:21557839.

(23) Arkun A, Briggs WM, Patel S, Datillo PA, Bove J, Birkhahn RH, 2010. Emergency department crowding: factors influencing flow *West J Emerg Med.* Feb;11(1):10-5.PMID: 20411067.

(24) Li W, D'Ayala M, Hirshberg A, Briggs W, Wise L, Tortolani A, 2010. Comparison of conservative and operative treatment for blunt carotid injuries: analysis of the National Trauma Data Bank. *J Vasc Surg.* Mar;51(3):593-9, 599.e1-2.PMID: 20206804.

(25) D'Ayala M, Huzar T, Briggs W, Fahoum B, Wong S, Wise L, Tortolani A, 2010. Blood transfusion and its effect on the clinical outcomes of patients undergoing major lower extremity amputation. *Ann Vasc Surg.*, May;24(4):468-73. Epub 2009 Nov 8.PMID: 19900785.

(26) Tavakol M, Hassan KZ, Abdulla RK, Briggs W, Oribabor CE, Tortolani AJ, Sacchi TJ, Lee LY, Heitner JF., 2009. Utility of brain natriuretic peptide as a predictor of atrial fibrillation after cardiac operations. *Ann Thorac Surg.* Sep;88(3):802-7.PMID: 19699901.

(27) Zandieh SO, Gershel JC, Briggs WM, Mancuso CA, Kuder JM, 2009. Revisiting predictors of parental health care-seeking behaviors for nonurgent conditions at one inner-city hospital. *Pediatr Emerg Care.*, Apr;25(4):238-243.PMID: 19382324.

(28) Birkhahn RH, Blomkalns AL, Klausner HA, Nowak RM, Raja AS, Summers RL, Weber JE, Briggs WM, Arkun A, Diercks D., 2008. Academic emergency medicine faculty and industry relationships. *Acad Emerg Med.*, Sep;15(9):819-24.PMID: 19244632.

(29) Westermann H, Choi TN, Briggs WM, Charlson ME, Mancuso CA. Obesity and exercise habits of asthmatic patients. *Ann Allergy Asthma Immunol.* 2008 Nov;101(5):488-94. doi: 10.1016/S1081-1206(10)60287-6.

(30) Boutin-Foster C., Ogedegbe G., Peterson J., Briggs M., Allegrante J., Charlson ME., 2008. Psychosocial mediators of the relationship between race/ethnicity and depressive symptoms in Latino and white patients with coronary artery disease. *J. National Medical Association.* **100**(7), 849-55. PMID: 18672563

(31) Charlson ME, Charlson RE, Marinopoulos S, McCulloch C, Briggs WM, Hollenberg J, 2008. The Charlson comorbidity index is adapted to predict costs of chronic disease in primary care patients. *J Clin Epidemiol,* Dec;61(12):1234-40. PMID: 18619805.

(32) Mancuso CA, Westermann H, Choi TN, Wenderoth S, Briggs WM, Charlson ME, 2008. Psychological and somatic symptoms in screening for depression in asthma patients. *J. Asthma.* **45(3)**, 221-5. PMID: 18415830.

(33) Ullery, BW, JC Peterson, FM, WM Briggs, LN Girardi, W Ko, AJ Tortolani, OW Isom, K Krieger, 2007. Cardiac Surgery in Nonagenarians:

10

Should We or Shouldn't We? *Annals of Thoracic Surgery*, **85**(3), 854-60. PMID: 18291156.

(34) Mancuso, CA, T Choi, H Westermann, WM Briggs, S Wenderoth, 2007. Patient-reported and Physician-reported Depressive Conditions in Relation to Asthma Severity and Control. *Chest*, **133**(5), 1142-8. PMID: 18263683.

(35) Rosenzweig JS, Van Deusen SK, Okpara O, Datillo PA, Briggs WM, Birkhahn RH, 2008. Authorship, collaboration, and predictors of extramural funding in the emergency medicine literature. *Am J Emerg Med*, **26**(1), 5-9. PMID: 18082774.

(36) Westermann H, Choi TN, Briggs WM, Charlson ME, Mancuso CA, 2008. Obesity and exercise habits of asthmatic patients. *Ann Allergy Asthma Immunol*, Nov;101(5):488-94.PMID: 19065202.

(37) Hogle NJ, Briggs WM, Fowler DL, 2007.Documenting a learning curve and test-retest reliability of two tasks on a virtual reality training simulator in laparoscopic surgery. *J Surg Educ.* **64**(6), 424-30. PMID: 18063281.

(38) D'Ayala, M, C Martone, R M Smith, M Briggs, M Potouridis, J S Deitch, and L Wise, 2006. The effect of systemic anticoagulation in patients undergoing angioaccess surgery. *Annals of Vascular Surgery*, **22**(1), 11-5. PMID: 18055171.

(39) Charlson ME, Peterson F, Krieger K, Hartman GS, Hollenberg J, Briggs WM, et al., 2007. Improvement of outcomes after coronary artery bypass II: a randomized trial comparing intraoperative high versus customized mean arterial pressure. *J. Cardiac Surgery*, **22**(6), 465-72. PMID: 18039205.

(40) Charlson ME, Peterson F, Boutin-Foster C, Briggs WM, Ogedegbe G, McCulloch C, et al., 2008. Changing health behaviors to improve health outcomes after angioplasty: a randomized trial of net present value versus future value risk communication. *Health Education Research*. **23**(5), 826-39. PMID: 18025064.

(41) Charlson, M, Peterson J., Syat B, Briggs WM, Kline R, Dodd M, Murad V, Dione W. 2007. Outcomes of Community Based Social Service Interventions in Homebound Elders *Int. J. Geriatric Psychiatry*. **23**(4), 427-32. PMID: 17918183.

(42) Hogle NJ, Briggs WM, Fowler DL. Documenting a learning curve and test-retest reliability of two tasks on a virtual reality training simulator in laparoscopic surgery. *J Surg Educ.* 2007 Nov-Dec;64(6):424-30. PMID: 18062281.

(43) Mancuso, CA, T Choi, H Westermann, WM Briggs, S Wenderoth, 2007. Measuring physical activity in asthma patients: two-minute walk test, repeated chair rise test, and self-reported energy expenditure. *J. Asthma.* **44**(4), 333-40. PMID: 17530534.

(44) Charlson ME, Charlson RE, Briggs W, Hollenberg J, 2007. Can disease management target patients most likely to generate high costs? The impact of comorbidity. *J Gen Intern Med.* **22**(4), 464-9. PMID: 17372794.

(45) Charlson ME, Boutin-Foster C, Mancuso CA, Peterson F, Ogedebe G, Briggs WM, Robbins L, Isen A, Allegrante JP, 2006. Randomized Controlled Trials of Positive Affect and Self-affirmation to Facilitate Healthy

Behaviors in Patients with Cardiopulmonary Diseases: Rationale, Trial Design, and Methods. *Contemporary Clinical Trials.* **28(6)**, 748-62. PMID: 17459784.

(46) Charlson ME, Boutin-Foster C., Mancuso C., Oggedeghe G., Peterson J., Briggs M., Allegrante J., Robbins L., Isen A., 2007. Using positive affect and self affirmation to inform and to improve self management behaviors in cardiopulmonary patients: Design, rationale and methods. *Controlled Clinical Trials.* November 2007 (Vol. 28, Issue 6, Pages 748-762).

(47) Melniker LA, Leibner E, McKenney MG, Lopez P, Briggs WM, Mancuso CA., 2006. Randomized Controlled Clinical Trial of Point-of-Care, Limited Ultrasonography (PLUS) for Trauma in the Emergency Department: The First Sonography Outcomes Assessment Program (SOAP-1) Trial. *Annals of Emergency Medicine.* **48(3)**, 227-235. PMID: 16934040.

(48) Milling, TJ, C Holden, LA Melniker, WM Briggs, R Birkhahn, TJ Gaeta, 2006. Randomized controlled trial of single-operator vs. two-operator ultrasound guidance for internal jugular central venous cannulation. *Acad Emerg Med.*, **13(3)**, 245-7. PMID: 16495416.

(49) Milla F, Skubas N, Briggs WM, Girardi LN, Lee LY, Ko W, Tortolani AJ, Krieger KH, Isom OW, Mack CA, 2006. Epicardial beating heart cryoablation using a novel argon-based cryoclamp and linear probe. *J Thorac Cardiovasc Surg.*, **131(2)**, 403-11. PMID: 16434271.

(50) Birkhahn, SK Van Deusen, O Okpara, PA Datillo, WM Briggs, TJ Gaeta, 2006. Funding and publishing trends of original research by emergency medicine investigators over the past decade. *Annals of Emergency Medicine,* **13(1)**, 95-101. PMID: 16365335.

(51) Birkhahn, WM Briggs, PA Datillo, SK Van Deusen, TJ Gaeta, 2006. Classifying patients suspected of appendicitis with regard to likelihood. *American Journal of Surgery,* **191(4)**, 497-502. PMID: 16631143

(52) Charlson ME, Charlson RE, Briggs WM, Hollenberg J, 2006. Can disease management target patients most likely to generate high costs. *J. General Internal Medicine.* **22(4)**, 464-9.

(53) Milling, TJ, J Rose, WM Briggs, R Birkhahn, TJ Gaeta, JJ Bove, and LA Melniker, 2005. Randomized, controlled clinical trial of point-of-care limited ultrasonography assistance of central venous cannulation: the Third Sonography Outcomes Assessment Program (SOAP-3) Trial. *Crit Care Med.* **33(8)**, 1764-9. PMID: 16096454.

(54) Garfield JL, Birkhahn RH, Gaeta TJ, Briggs WM, 2004. Diagnostic Delays and Pathways on Route to Operative Intervention in Acute Appendicitis. *American Surgeon.* **70(11)**, 1010-1013. PMID: 15586517.

(55) Birkhahn RH, Gaeta TJ, Tloczkowski J, Mundy TA, Sharma M, Bove JJ, Briggs WM, 2003. Emergency medicine trained physicians are proficient in the insertion of transvenous pacemakers. *Annals of Emergency Medicine.* **43** (4), 469-474. PMID: 15039689.

**3.1 Talks (1 am years behind updating these).**

(1) Briggs, 2016. The Crisis Of Evidence: Probability & The Nature Of Cause. Institute of Statistical Science, Academia Sinica, Taipei, Taiwan.

(2) Wei Li,Piotr Gorecki, Robert Autin, William Briggs, Elie Semaan, Anthony J. Tortolani, Marcus D'Ayala, 2011. Concurrent Prophylactic Placement of

12

Inferior Vena Cava Filter (CPPOIVCF) in Gastric Bypass and Adjustable Banding Operations: An analysis of the Bariatric Outcomes Longitudinal Database. Eastern Vascular Society 25th Annual Meeting, 2011.

(3) Wei Li, Jo Daniel, James Rucinski, Syed Gardezi, Piotr Gorecki, Paul Thodiyil, Bashar Fahoum, William Briggs, Leslie Wise, 2010. FACSFactors affecting patient disposition after ambulatory laparoscopic cholecystectomy (ALC) cheanalysis of the National Survey of Ambulatory Surgery (NSAS). American College of Surgeons.

(4) Wei Li, Marcus D'Ayala, et al., William Briggs, 2010. Coronary bypass and carotid endarterectomy (CEA): does a combined operative approach offer better outcome? - Outcome of different management strategies in patients with carotid stenosis undergoing coronary artery bypass grafting (CABG). Vascular Annual Meeting.

(5) Briggs, WM, 2007. On equi-probable priors, MAX ENT 2007, Saratoga Springs, NY.

(6) Briggs, WM, and RA Zaretzki, 2006. On producing probability forecasts (from ensembles), 18th Conf. on Probability and Statistics in the Atmospheric Sciences, Atlanta, GA, Amer. Meteor. Soc.

(7) Briggs, WM, and RA Zaretzki, 2006. Improvements on the ROC Curve: Skill Plots for Forecast Evaluation. Invited. Joint Research Conference on Statistics in Quality Industry and Technology, Knoxville, TN.

(8) Briggs, WM, and RA Zaretzki, 2005. Skill Curves and ROC Curves for Diagnoses, or Why Skill Curves are More Fun. Joint Statistical Meetings, American Stat. Soc., Minneapolis, MN.

(9) Briggs W.M., 2005. On the optimal combination of probabilistic forecasts to maximize skill. *International Symposium on Forecasting* San Antonio, TX. International Institute of Forecasters.

(10) Briggs, WM, and D Ruppert, 2004. Assessing the skill of yes/no forecasts for Markov observations. 17th Conf. on Probability and Statistics in the Atmospheric Sciences, Seattle, WA, Amer. Meteor. Soc.

(11) Melniker, L, E Liebner, B Tiffany, P Lopez, WM Briggs, M McKenney, 2004. Randomized clinical trial of point-of-care limited ultrasonography (PLUS) for trauma in the emergency department. *Annals of Emergency Medicine*, **44**.

(12) Birkhahn RH, Gaeta TJ, Van Deusen SK, Briggs WM, 2004. Classifying patients suspected of appendicitis with regard to likelihood. *Annals of Emergency Medicine*, **44** (4): S17-S17 51 Suppl. S.

(13) Zandieh, SO, WM Briggs, JM Kuder, and CA Mancuso, 2004. Negative perceptions of health care among caregivers of children auto-assigned to a Medicaid managed care health plan. Ambulatory Pediatric Association Meeting, San Francisco, CA; and National Research Service Award Trainees Conference, San Diego, CA.

(14) Melniker, L, E Liebner, B Tiffany, P Lopez, M Sharma, WM Briggs, M McKenney, 2003. Cost Analysis of Point-of-care, Limited Ultrasonography (PLUS) in Trauma Patients: The Sonography Outcomes Assessment Program (SOAP)-1 Trial. *Academic Emergency Medicine*, **11**, 568.

(15) Melniker, LA, WM Briggs, and CA Mancuso, 2003. Including comorbidity in the assessment of trauma patients: a revision of the trauma injury severity score. *J. Clin Epidemiology*, Sep., **56(9)**, 921. PMID: 14505784.

(16) Briggs, WM, and RA Levine, 1998. Comparison of forecasts using the bootstrap. 14th Conf. on Probability and Statistics in the Atmospheric Sciences Phoenix, AZ, Amer. Meteor. Soc., 1-4.

(17) Briggs, WM, and R Zaretzki, 1998. The effect of randomly spaced observations on field forecast error scores. 14th Conf. on Probability and Statistics in the Atmospheric Sciences Phoenix, AZ, Amer. Meteor. Soc., 5-8.

(18) Briggs, WM, and RA Levine, 1996. Wavelets and image comparison: new approaches to field forecast verification. 13th Conf. on Probability and Statistics in the Atmospheric Sciences, San Francisco, CA, Amer. Meteor. Soc., 274-277.

(19) Briggs, WM, and DS Wilks, 1996. Modifying parameters of a daily stochastic weather generator using long-range forecasts. 13th Conf. on Probability and Statistics in the Atmospheric Sciences, San Francisco, CA, Amer. Meteor. Soc., 243-2246.