Exhibit M



**Press Release**
December 17, 2020
www.VoterGA.org

Contact: Garland Favorito
garlandf@VoterGA.net
(404) 664-4044

# GA SOS Blocks Forensic Reports for Faulty Dominion Systems

ATLANTA GA – VoterGA provided evidence today that the office of Secretary of State (SOS) **Brad Raffensperger is blocking its calls for forensic reports of faulty Dominion voting systems** in Coffee and Ware counties.

VoterGA obtained a copy of a November 17th letter written by Elections Director Chris Harvey to County Election Directors telling them they would be in violation of Georgia law if they allowed forensic experts to take an image copy of their election management system so they could produce a report to help ensure the system is secure and malware free. Harvey claimed in his letter that such a protective measure *"could harm election security"*.

Raffensperger continues to protect the Dominion systems he purchased last year from scrutiny despite forensic reports being ordered in Michigan and Arizona, both of which run the same Democracy Suite 5.5 software versions used in Georgia.

The recently published forensics report for Antrim County, Michigan provided a disturbing account of security flaws in the Dominion system. It also outlined a subsequent **cover-up** by Secretary of State Jocelyn Benson who claimed in her written report a 6,000 vote flip from Trump to Biden was an *"isolated user error"*. The report stated:

- *"We conclude that the Dominion Voting System is **intentionally and purposefully designed with inherent errors to create systemic fraud and influence election results.**"*
- *"The allowable election error rate established by the Federal Election Commission guidelines is of 1 in 250,000 ballots (.0008%). **We observed an error rate of 68.05%.** This demonstrated a significant and fatal error in security and election integrity."*
- *"Secretary of State Jocelyn Benson's statement on November 6, 2020 that "[t]he correct results always were and continue to be reflected on the tabulator totals tape . . . ." **was false.**"*

VoterGA called for a **forensic report** of election management systems in Coffee and Ware counties. The Coffee County Election Board refused to certify recounts and provided detailed evidence to the House Government Affairs Committee that Dominion produced obviously erroneous results **three times in a row**. The Ware County certified results, hand count audit totals, written confirmation from the Elections Director and an unrebutted VoterGA affidavit showed Dominion flipped 37 votes from President Trump to former Vice President Biden. The SOS office denies that either of the Dominion voting system **malfunctions** occurred.