Exhibit O

12/18/2020

harvey-memo-on-system-copies.jpg (719×1280)

https://voterga.files.wordpress.com/2020/12/harvey-memo-on-system-copies.jpg

1/2



# OFFICIAL ELECTION BULLETIN

November 17, 2020

**TO:** County Election Officials and County Registrars

**FROM:** Chris Harvey, Elections Division Director

**RE:** Open Records Requests – Security Information Exempt

Multiple counties have reported receiving Open Records Requests asking for data information such as, copies of original software for the voting equipment, copies of any software patches performed on Dominion voting machines in the State of Georgia prior to the November 3, 2020 General Election, as well as copies of any thumb drives provided to you containing software or software updates.

Several counties have also received Open Records Requests for the information contained in the log files of the KNOWiNK poll books. The information stored in the log files may not be produced, as it contains information that is protected under the Georgia Trade Secrets Act of 1990 and the Open Records Act.

Parties that have an interest in or are involved in active litigation with the State regarding the security of the voting system might have made some of these requests. Even so, you are still required to respond to the requests if they have been properly submitted. However, you are expected to only produce what is permitted under the Open Records Act O.C.G.A. § 50-18-72 and you may not produce any sensitive data that could harm election security.

Under the Open Records Act, providing copies of software, software updates, or thumb drives containing software or software updates is not subject to open records requests. In addition, information that could harm the security of election equipment cannot be provided. See O.C.G.A. § 50-18-72(25).

Additionally, O.C.G.A. §21-2-379.24(g) indicates that "documents or information that, if made public, would endanger the security of any voting system used or being considered for use in this state, or any component thereof, including, but not limited to, electronic ballot markers, DREs, ballot scanners, pollbooks, and software or data bases used for voter registration, shall not be open for public inspection except upon order of a court of competent jurisdiction."

If you have any questions about how to respond to any open requests that you receive, please contact your county attorney or your board of elections for advice. For additional questions, you may also contact the Secretary of State's Office.

Page 1 of 2

https://volterga.files.wordpress.com/2020/12/harvey-memo-on-system-copies.jpg

harvey-memo-on-system-copies.jpg (719×1280)