## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare and verify under penalty of perjury that the facts contained in the foregoing Verified Complaint for Declaratory and Injunctive Relief are true and correct.

Dated: December 19, 2020

*/s/ L. Lin Wood, Jr.*
**L. LIN WOOD, JR.**
L. Lin Wood, Jr., Esq.
GA Bar No. 774588
L. LIN WOOD, P.C.
P.O. BOX 52584
Atlanta, GA 30355-0584
(404) 891-1402
lwood@linwoodlaw.com