IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR.,<br><br>　　Plaintiff,<br><br>v.<br><br>BRAD RAFFENSPERGER; REBECCA N. SULLIVAN; DAVID J. WORLEY; MATTHEW MASHBURN; and ANH LE,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5155-TCB |

## **O R D E R**

This case comes before the Court on Plaintiff L. Lin Wood, Jr.'s motion for a temporary restraining order ("TRO").

Pursuant to that motion, the Court sets the following schedule: Defendants' response to Wood's motion for a TRO will be due on Wednesday, December 23, 2020 by 5:00 p.m., EST. Any reply brief will be due on Sunday, December 27, by 5:00 p.m., EST.

Should a hearing on Plaintiffs' motion be deemed necessary following the conclusion of the parties' briefing, that hearing will be held on Wednesday, December 30, at 10:00 a.m., EST.

IT IS SO ORDERED this 20th day of December, 2020.

_____
Timothy C. Batten, Sr.
United States District Judge