IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRAD RAFFENSPERGER; <br> REBECCA N. SULLIVAN; <br> DAVID J. WORLEY; <br> MATTHEW MASHBURN; and <br> ANH LE, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:20-cv-5155-TCB |

## O R D E R

This case comes before the Court on Plaintiff L. Lin Wood, Jr.'s motion [3] for preservation of evidence and inspection of electronic election/voting equipment, and for production of original ballots and other evidence.

Pursuant to that motion, the Court sets the following schedule: Defendants' response to Wood's motion will be due on Thursday,

December 24, 2020 by 11:59 p.m., EST. Any reply brief will be due on Sunday, December 27, by 5:00 p.m., EST.

Should a hearing on Plaintiffs' motion be deemed necessary following the conclusion of the parties' briefing, that hearing will be held in conjunction with any hearing on Wood's motion [2] for a temporary restraining order on Wednesday, December 30, at 10:00 a.m., EST.

IT IS SO ORDERED this 21st day of December, 2020.

_____
Timothy C. Batten, Sr.
United States District Judge