IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

L. LIN WOOD, JR.,

     Plaintiff,

v.

BRAD RAFFENSPERGER;
REBECCA N. SULLIVAN;
DAVID J. WORLEY;
MATTHEW MASHBURN; and
ANH LE,

     Defendants.

CIVIL ACTION FILE

NO. 1:20-cv-5155-TCB

# O R D E R

This case comes before the Court on the motion [13] to intervene filed by the Democratic Party of Georgia and the DSCC (together, the "Proposed Intervenors"). For good cause shown, the Court grants the Proposed Intervenors' motion. The Clerk is directed to add these entities as Parties to this action and to docket their proposed answer

[13-1] to Plaintiff's complaint, as well as their proposed motion [13-2] to

dismiss and brief [13-3] in support.

IT IS SO ORDERED this 22nd day of December, 2020.

Timothy C. Batten, Sr.
United States District Judge