# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

L. LIN WOOD, JR.,

    *Plaintiff*,

v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants*.

CIVIL ACTION FILE

NO. 1:20-cv-05155-TCB

## STATE DEFENDANTS' MOTION TO DISMISS

Defendants Secretary of State Brad Raffensperger, and State Election Board members Rebecca N. Sullivan, David J. Worley, Matthew Mashburn, and Ahn Le (collectively, "State Defendants") hereby move to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1), (5), and (6) for lack of subject matter jurisdiction and pursuant to all defenses as stated in the accompanying brief in support. State Defendants respectfully request that the Court grant their motion and dismiss the action with prejudice.

Respectfully submitted this 23rd day of December 2020

*/s/ Carey Miller*
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Josh Belinfante

-2-

Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

*Special Assistant Attorneys General,*
*Counsel for State Defendants*

-2-

-3-

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing

**STATE DEFENDANTS' MOTION TO DISMISS** has been prepared in Times

New Roman 14 pt., a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Carey Miller*
Carey A. Miller