## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **L. LIN WOOD, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE** |
| | ) | **No. 1:20-cv-5155-TCB** |
| **v.** | ) | |
| | ) | |
| **BRAD RAFFENSPERGER,** | ) | |
| **REBECCA N. SULLIVAN,** | ) | |
| **DAVID J. WORLEY,** | ) | |
| **MATTHEW MASHBURN, and** | ) | |
| **ANH LE,** | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **DEMOCRATIC PARTY OF** | ) | |
| **GEORGIA, INC. and DSCC,** | ) | |
| | ) | |
| **Intervenor-Defendants.** | ) | |

## <u>PLAINTIFF'S NOTICE OF APPEAL</u>

NOTICE IS HERBY GIVEN that L. LIN WOOD, JR., plaintiff in this case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an Order dated December 28, 2020 (DE 35), denying Plaintiff's Emergency Motion for Injunctive Relief and dismissing the underlying action without consideration or a determination of the merits, based on the District Court's finding that Plaintiff lacks standing to pursue the claims set forth in the Verified Complaint.

1

Respectfully submitted,


By:   /s/ *L. Lin Wood, Jr.*
      **L. LIN WOOD, JR., ESQ.**
      GA Bar No. 774588
      L. LIN WOOD, P.C.
      P.O. BOX 52584
      Atlanta, GA 30355-0584
      (404) 891-1402
      lwood@linwoodlaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been electronically filed with this Court via CM/ECF and was furnished to all counsel of record on the service list by e-mail on December 28, 2020.


/s/ *L. Lin Wood, Jr.*
L. Lin Wood, Jr., Esq.
GA Bar No. 774588
L. LIN WOOD, P.C.
P.O. BOX 52584
Atlanta, GA 30355-0584
(404) 891-1402
lwood@linwoodlaw.com