UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>BRAD RAFFENSPERGER, *et al.*, )<br>)<br>    Defendants. )<br>_____) | CIVIL ACTION<br>NO. 1:20-cv-5155-TCB |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO
SERVE CERTAIN DEFENDANTS AND
<u>INCORPORATED MEMORANDUM OF LAW</u>**

Plaintiff, pursuant to Rule 4(m), Federal Rules of Civil Procedure, and Local Rule 7.1, hereby files his Motion for Extension of Time to Serve Certain Defendants with initial process and states the following:

1. As the Court is aware, during the yearlong Covid Pandemic, numerous institutions, private offices, and government offices have been closed. As a result, service of process to the named Defendants in this action has been more complicated than it would have been absent the pandemic.

2. Particularly, to date, Plaintiff has been able to serve Defendants, Brad Raffensperger, Rebecca N. Sullivan and Matthew Mashburn. However, as a result of the closures of their offices due to the pandemic, Plaintiff has been unable

despite good faith efforts and reasonable diligence to serve the two remaining Defendants.

3. The deadline to perfect service of process under Rule 4 is Thursday, March 18, 2021.

4. Accordingly, Plaintiff requests additional time to serve Defendant, ANH LE. The undersigned has been made aware that the office of said Defendant is closed due to Covid-19 and despite multiple attempts by process server, service has not been perfected. Alternative addresses are being investigated to perfect service. Counsel for said Defendant has been asked to waive or accept service but has not yet agreed to do so. As such, an extension of time of 60 days should be granted to the Plaintiff to effectuate service on said Defendant.

5. Additionally, Plaintiff requests additional time to serve Defendant, DAVID WORLEY. Said Defendant has multiple offices of record, and process server has attempted service at two of those locations without success. Both were closed. The process server is attempting service at a third address at the moment, but, as of this filing, service has not been effectuated. Counsel for said Defendant has been asked to waive or accept service but has not yet agreed to do so. As such, an extension of time of 60 days should be granted to the Plaintiff to effectuate service on said Defendant.

6. Rule 4(m) recognizes that for good cause, the Court must extend the time

for service for an appropriate period of time. Plaintiff respectfully submits that based on the multiple attempts to effectuate service and the continuing impact of the Covid Pandemic on office closures for offices where under normal circumstances the named Defendants could easily be served, there is good cause to extend the time within which Plaintiff must perfect service of process.

7. The undersigned counsel has contacted counsel for the Defendants to ascertain whether there would be any opposition to this motion, but as of this filing, defense counsel has not responded.

WHEREFORE, for the foregoing reasons, the above motion should be granted, and the Court should grant Plaintiff an additional 60 days to perfect service of process on Defendants, ANH LE and DAVID WORLEY, together with such relief as is just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been electronically filed with this Court via CM/ECF and was furnished to all counsel on the attached service list by e-mail on March 18, 2021.

*/s/ L. Lin Wood, Jr.*
L. Lin Wood, Jr., Esq.
GA Bar No. 774588
L. LIN WOOD, P.C.
P.O. BOX 52584
Atlanta, GA 30355-0584
(404) 891-1402
lwood@linwoodlaw.com

# SERVICE LIST

Carey Miller
Josh Belinfante
Melanie Johnson
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, GA 30318
Tel.: (678) 701-9381
Fax: (404) 856-3250
cmiller@robbinsfirm.com
jbelinfante@robbinsfirm.com
mjohnson@robbinsfirm.com

*Counsel for State Defendants*

Adam M. Sparks
Halsey G. Knapp, Jr.
Joyce Gist Lewis
Susan P. Coppedge
Adam M. Sparks
KREVOLIN AND HORST, LLC
One Atlantic Center
1201 W. Peachtree Street, NW, Ste. 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlawfirm.com
coppedge@khlawfirm.com
sparks@khlawfirm.com

Marc E. Elias*
Amanda R. Callais*
Henry J. Brewster*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
Telephone: (202) 654-6200

melias@perkinscoie.com
acallais@perkinscoie.com
hbrewster@perkinscoie.com

Health L. Hyatt*
Steven Beale*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
 hhyatt@perkinscoie.com
 sbeale@perkinscoie.com

Jessica R. Frenkel*
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
Telephone: (303) 291-2300
jfrenkel@perkinscoie.com


*Pro Hac Vice Application Pending

*Counsel for Intervenor-Defendants*