# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

L. LIN WOOD, JR.,

    Plaintiff,

v.

BRAD RAFFENSPERGER, et al.,

    Defendants.
_____/

CIVIL ACTION FILE NO.
1:20-cv-5155-TCB

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, L. LIN WOOD, JR., pursuant to Federal Rule of Appellate Procedure 4, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an Order dated March 19, 2021 (DE 42), denying Plaintiff's Motion for Extension of Time to Serve Certain Defendants (DE 41).

    Respectfully submitted,

By:   */s/ L. Lin Wood, Jr.*
      **L. LIN WOOD, JR., Esq.**
      State Bar No. 774588
      L. LIN WOOD, P.C.
      P.O. Box 52584
      Atlanta, GA 30355-0584
      Tel. 404-891-1402
      Email: lwood@linwoodlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been electronically filed with this Court via CM/ECF and was furnished on April 15, 2021 to all counsel of record on the service list via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive notices of filings electronically.

*/s/ L. Lin Wood, Jr.*
**L. LIN WOOD, JR., Esq.**
State Bar No. 774588
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30355-0584
Tel. 404-891-1402
Email: lwood@linwoodlaw.com